**SILVERMANACAMPORA LLP**
Counsel to Lee Alexander Bressler, the Debtor/Defendant
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

  LEE ALEXANDER BRESSLER,

                      Debtor.
-------------------------------------------------------------x
GREGORY MESSER, ESQ., as Chapter 7
Trustee of Lee Alexander Bressler,

                      Plaintiffs,

      -against-

AMY L. BRESSLER, as Trustee of the
83 Spring Close Trust,

                      Defendant.
-------------------------------------------------------------x

Chapter 11

Case No.: 18-13098 (MG)

Adv. Pro. No.: 19-01127 (MG)

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference (the "**Pre-Trial Conference**") previously scheduled for July 9, 2019, has been adjourned to and will now be held on **September 10, 2019 at 10:00 a.m.** before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, Courtroom 523.

**PLEASE TAKE FURTHER NOTICE**, that the Pre-Trial Conference may be adjourned without further notice other than the announcement of such adjournment in open court, or the filing of a notice of an adjournment on the docket of the above-captioned case.

Dated: Jericho, New York
      July 15, 2019
                                    **SILVERMANACAMPORA LLP**
                                    Attorneys for the Debtor/Defendant,
                                    Lee Alexander Bressler,

                                    By: _s/Ronald J. Friedman_
                                        Ronald J. Friedman
                                        100 Jericho Quadrangle, Suite 300
                                        Jericho, New York 11753
                                        (516) 479-6300

RJF/2314512.1/067928