**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.®*

**David A. Blansky, Esq.**
Partner
p: 516.826.6500 x207
dab@lhmlawfirm.com

November 18, 2020

<u>*Via ECF*</u>
Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re: <u>**Lee Alexander Bressler Chapter 7**</u>
       <u>**Case No. 18-13098 (MG)**</u>
       <u>**Messer, as Trustee**</u>
       <u>**v. Amy L. Bressler, as Trustee of the 83 Spring Close Trust**</u>
       <u>**Adv. Pro. No. 19-01127-MG**</u>

Judge Glenn:

  This morning the parties met and conferred for a second time. They were able to resolve the assertion of privilege made with respect to a particular e-mail produced by Defendant, which was also part of Mr. Ringel's production. The resolution of this issue will enable the parties to proceed with Defendant's remote deposition this Friday without significant interruption.

  The parties continue to meet and confer to ascertain whether it is possible to similarly resolve the assertion of privilege raised by Shira Bressler, and joined in by Lee Bressler, with respect to e-mail communications produced by Mr. Ringel or, alternatively, to narrow the scope of that dispute.

  Mr. Ringel is scheduled to be deposed on Monday, November 23, 2020, with Shira Bressler to follow on November 24, 2020, and Lee Bressler to be examined on November 25, 2020, each via remote deposition.

           Respectfully submitted,
           *s/David A. Blansky*
           David A. Blansky

DAB:rrl
cc: Gregory Messer, as Trustee (Via E-Mail)
   Chester R. Ostrowski, Esq. (Via ECF & E-Mail)
   Mark Goidell, Esq. (via E-Mail)
   David Mahoney, Esq. (via E-Mail)
   Ronald Friedman, Esq. (via E-Mail)
   Seth Levine, Esq. (via E-Mail)
   Rocco Cavaliere, Esq. (via E-Mail)
   Christos Papapetrou, Esq. (via E-mail)

m:\documents\company\cases\bressler, lee\adversary proceedings\83 spring close trust adv pro\status ltr to mg.doc